**DISMISS and Opinion Filed November 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00955-CV**

**IN THE INTEREST OF S.S.R., A CHILD**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-12533**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Partida-Kipness

On October 7, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the notice of appeal was not timely. We directed appellant to file a letter brief addressing our jurisdictional concern no later than October 17, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief addressing our jurisdictional concern or otherwise corresponded with the Court concerning the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240955F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.S.R., A CHILD

No. 05-24-00955-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-23-12533. Opinion delivered by Justice Partida-Kipness. Justices Goldstein and Miskel participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 13, 2024